■ GIVENS HALL & ASSOCIATES, INC., Appellant, v MARINE MIDLAND BANK, N. A., Respondent. [— NYS2d —] —Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about April 11, 1996, unanimously affirmed for the reasons stated by Schackman, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Williams, Tom and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL AYALA, Appellant. [— NYS2d —] —Judgment, Supreme Court, New York County (Allen Alpert, J.), rendered January 6, 1994, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

We find that defendant's waiver of his right to appeal any pretrial rulings, made in connection with his plea bargain, was voluntary, knowing and intelligent (*see, People v White*, 228 AD2d 308) and that his claim on appeal that the hearing court erred in denying suppression is therefore unreviewable (*People v Powers*, 231 AD2d 477), and, in any event, without merit. Concur—Ellerin, J. P., Wallach, Williams, Tom and Andrias, JJ.